IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO
2018 NOV 13 PM 3:52
CLERK-LAS CRUCES

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                                           Cr. No. 18-CR-1108-KG

TRISTA SCHLAEFLI

Defendant.

## CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I plead guilty. I have been informed of my right to the assistance of legal counsel and of my right to plead or go to trial, judgment and sentencing before a United States District Judge.

I HEREBY: Waive (give up) my right to enter my plea before a United States District Judge and I consent to entering my plea, knowingly and voluntarily, before a United States Magistrate Judge.

_____
Defendant

_____
Attorney for Defendant

Date: 11/13/18

Before: _____
United States Magistrate Judge